TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-10-00445-CV
 
 




 

 

Mary Ayala, Appellant

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 

 




 
 
 FROM THE 345th
 District Court OF Travis COUNTY 
 NO. D-1-FM-08-006383
  The Honorable Orlinda Naranjo, JUDGE
 PRESIDING
 
 




 

 


 
 
                                                                      O
 R D E R
  
 PER CURIAM
 Appellant Mary Ayala
 filed her notice of appeal on July 8, 2010.  The appellate record was complete July 27, 2011, and following an
 abatement to the trial court, counsel was ordered to file appellant’s brief
 by March 26, 2012.  To date, appellant=s brief has not been filed. 
 Recent amendments to the rules of judicial administration accelerate
 the final disposition of appeals from suits for termination of parental
 rights.  See Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf
 (providing 180 days for court’s final disposition).  The accelerated schedule requires greater
 compliance with briefing deadlines. 
 Therefore we order counsel to file appellant=s
 brief no later than May 25, 2012.  If the brief is not filed by that date,
 counsel may be required to show cause why he should not be held in contempt
 of court.
 It is ordered on May 8, 2012.
  
 Before
 Justices Puryear, Henson and Goodwin